UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GEORGIA ANN BALDERAMOS,<br><br>          Plaintiff,<br><br>                    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>          Defendant. | No. 2:20-cv-07501-JPR<br><br>JUDGMENT |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.


Date:  June 24, 2021

/s/ Jean P. Rosenbluth

HONORABLE JEAN P. ROSENBLUTH
United States Magistrate Judge